Louis EISEN et al. v. Charles A. BAUDOU-INE et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

Joseph ELIAS, appellant, v. PARAGON FILMS, Inc., respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) The second counterclaim does not state a cause of action, and the demurrer to it should be sustained. Buhler Co. v. New York Dock Co., 170 App. Div. 486, 156 N. Y. Supp. 457. The demurrer to the first counterclaim should be overruled, as the defendant may offset the sum properly paid by it to finish the work pursuant to the contract. The order is modified accordingly, and, as so modified, affirmed, without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

ELMOHAR CO., Respt., v. Frank HAS-BROUCK and another, Applts. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

William T. EMMET, as Supt., etc., Applt., v. WASHINGTON SAVINGS BANK, impld., etc., Respt. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

EMPIRE CARTING CO. v. ALPHA PORT-LAND CEMENT CO. (two cases). (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motions to dismiss appeal granted, with $10 costs. Orders filed.

ENGLISH LUMBER CO. v. M. MOSSON CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

George W. ERLAND v. Granville GIBBONS. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

Arthur G. ERLANGER, respondent, v. Harriet E. ERLANGER, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion for stay denied, without costs.

Jennie EVANS v. Hulbert T. E. BEARDS-LEY. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

EVENING HERALD COMPANY, Respondent, v. Willis Sharpe KILMER and Jerome B. Hadsell, Appellants. (Supreme Court, Appellate Division, Third Department. December, 1915.) Sent to Fourth Department. See Code Civ. Proc. § 231, as amended by Laws 1915, c. 553. See, also, 159 N. Y. Supp. 251.

Herman H. FAJEN and another v. HUDSON TRANSPORTATION CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

George W. FALCON, applt., v. OTTAWA TRANSP. CO., Limited, respt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Motion denied.

In the Matter of Cornelius J. FARLEY. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Referred to Hon. Henry A. Gildersleeve. Settle order on notice.

William W. FARLEY, as State Commissioner of Excise, etc., applt., v. Basilio BATTAG-LIA and U. S. Fidelity & Guaranty Co., respts. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion granted, and appeal dismissed, with costs.

John M. FARLEY, respondent, v. VILLAGE OF LONG BEACH, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

John FARSON et al. v. CROISIE REALTY CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

Herman FELDMAN, Respondent, v. WASH-BURN WIRE COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Appeal from Trial Term, New York County. Action by Herman Feldman against the Washburn Wire Company. From a judgment for plaintiff on the verdict, and from an order denying a motion for a new trial, defendant appeals. Reversed and remanded.

PER CURIAM. There is no claim of negligence on the ground that the machine was not properly guarded. The verdict of the jury that the plaintiff was free from contributory negligence and that the defendant was chargeable with negligence is against the weight of the evidence. The findings of the jury are reversed, and the judgment reversed and a new trial granted, with costs to the appellant to abide the event. Order filed.

Anna FENN, respondent, v. Marie KIR-STEIN, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion to dismiss appeal granted, with $10 costs.

In the matter of the application of George R. FENTON and Lee J. Frisbee to lay out a highway in the town of Andes, Delaware county, and to discontinue a highway in said town. Chloe A. Brotherton, applt. (Supreme Court,